UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

BILLIE JOE CHAPMAN,

    Plaintiff,

vs.

JAMES MCKINNEY, et al.,

    Defendants.

No. 14cv28 EJM

ORDER

This matter is before the court on the plaintiff's Motion to Reconsider Order and Judgment, filed September 9, 2014. Denied.

Plaintiff is a prisoner presently confined in the Newton Correctional Facility. He asserts that he has been denied his constitutional rights under 42 USC §1983 concerning a prison disciplinary incident. Jurisdiction under 28 USC §1331.

On August 25, 2014, this court entered an order dismissing this case because the statute of limitations had run. According to the Complaint, the incident occurred on December 20, 2011. The complaint was filed on March 7, 2014. The statute of limitations period is two years. Iowa Code Section 614.1 (2013). No new evidence or argument to the contrary has been presented in the motion to reconsider.

It is therefore

ORDERED

Denied.

October 1, 2014

                                              Edward J. McManus, Judge
                                              UNITED STATES DISTRICT COURT